IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

STANLEY C. LUMPKINS, )
)
v. ) 1:06-0036
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

     Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends Plaintiff's Motion for Judgment be granted and the decision of the Commissioner be reversed and the cause remanded for an immediate award of benefits. No objections have been filed.

     The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

     For the reasons set forth in the Report and Recommendation, the Motion for Judgment by the Plaintiff is **GRANTED** and the decision of the Commissioner is **REVERSED** and the cause is **REMANDED** for an immediate award of DIB benefits in accord with a September 21, 2001 onset date. Plaintiff's Alternative Motion for Remand to Determine the Correct Onset Date is DENIED as moot.

     It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge